**Order entered August 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00718-CV

### RSL FUNDING, LLC, ET AL., Appellants

### V.

### RICKEY NEWSOME, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14580-L**

## ORDER

We **GRANT** appellants' August 25, 2015 unopposed motion to amend their brief. We

**ORDER** the amended brief tendered to this Court by appellants on August 25, 2015 filed as of

the date of this order.

/s/     ELIZABETH LANG-MIERS
          JUSTICE